NUMBER 13-10-00153-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE PLAYBOY ENTERPRISES, INC.






On Petition for Writ of Mandamus and/or Prohibition


and Emergency Motion for Temporary Relief and Stay.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Rodriguez


Per Curiam Memorandum Opinion (1)



 Relator, Playboy Enterprises, Inc., filed a "Petition for Writ of Mandamus and/or
Prohibition" and an "Emergency Motion for Temporary Relief and Stay" in the above cause
on March 30, 2010. The Court, having examined and fully considered the petition for writ
of mandamus and/or prohibition, and the emergency motion for temporary relief and stay,
is of the opinion that relator has not shown itself entitled to the relief sought. Accordingly,
the petition for writ of mandamus and emergency motion for temporary relief and stay are
DENIED. See Tex. R. App. P. 52.8(a). 

 PER CURIAM

Delivered and filed the

31st day of March, 2010.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).